**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| DERRY EVANS, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 3:20-cv-26 |
| v. | ) | |
| | ) | District Judge Atchley |
| KNOX COUNTY, TENNESSEE, et al., | ) | |
| | ) | Magistrate Judge Poplin |
| *Defendants.* | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

---

## ORDER

---

On January 19, 2021, the Court ordered Plaintiff to show cause, on or before March 2, 2021, as to why his claims against Defendants should not be dismissed for failure to prosecute. [Doc. 11]. Plaintiff was put on notice that his failure to show good cause may result in dismissal of his claims. [*Id.*].

As of March 4, 2021, Plaintiff has not filed anything in response to the Court's Order. Accordingly, the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

**SO ORDERED.**

/s/ *Charles E. Atchley*
**CHARLES E. ATCHLEY JR.**
**UNITED STATES DISTRICT JUDGE**